[No. 7724–4–I. Division One. July 28, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. NICHOLAS RETTINGER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00088–9, Thomas G. McCrea, J., entered May 25, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James, A.C.J., and Andersen, J.

[No. 7727–9–I. Division One. July 28, 1980.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLIAM DEAN WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00219–9, Thomas G. McCrea, J., entered May 31, 1979. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Ringold and Durham–Divelbiss, JJ.

[No. 7783–0–I. Division One. July 28, 1980.]

DORIS J. JACKSON, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 837222, Liem E. Tuai, J., entered June 11, 1979. *Affirmed* by unpublished opinion per James, A.C.J., concurred in by Andersen and Ringold, JJ.